**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2023-cv-15365 |
| GUARANTEED RATE, INC., a Delaware corporation, | ) ) ) | Honorable John F. Kness |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES Plaintiff, HARTFORD UNDERWRITERS INSURANCE COMPANY ("Hartford") by its attorneys, Michael J. Duffy and Michael J. O'Malley of Wilson Elser Moskowitz Edelman & Dicker LLP, and in accordance with Fed. R. Civ. P. 41(a)(i), as no defendant has served an answer or a motion for summary judgment, dismisses this action in its entirety with each party to bear its own costs and respective attorney's fees.

Respectfully Submitted,

By: */s/ Michael J. O'Malley*

Attorneys for Hartford Underwriters
Insurance Company

Michael J. Duffy - 6196669 - (michael.duffy@wilsonelser.com)
Michael J. O'Malley – 6308059 - (michael.omalley@wilsonelser.com)
Wilson Elser Moskowitz Edelman & Dicker LLP
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
312.704.0550 (Main)

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2023, I caused to be filed electronically filed the foregoing document(s) with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: */s/ Michael J. O'Malley*

      Attorneys for Hartford Underwriters
      Insurance Company

Michael J. Duffy - 6196669 - (michael.duffy@wilsonelser.com)
Michael J. O'Malley – 6308059 - (michael.omalley@wilsonelser.com)
Wilson Elser Moskowitz Edelman & Dicker LLP
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
312.704.0550 (Main)